IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SUSANN GULLETTE,**

    **Plaintiff,**

**vs.**                                                                   **5:05-CV-004-SPM**

**JOANNE BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND REMANDING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 13) filed June 7, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 13) is adopted and incorporated by reference in this order.

2. The motion to remand (doc. 12) is hereby granted, and the Commissioner's decision denying benefits is reversed.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4. Defendant Commissioner is ordered to direct the Administrative Law Judge (ALJ) to do the following:

   a. consider the evidence related to the entire period at issue including Plaintiff's 1978 automobile accident and any limitations which occurred as a result;

   b. consider all of Plaintiff's medical conditions including any possible cognitive impairments, right eye limitations and mobility limitations of her extremities due to fibrosis of connective tissue;

   c. formulate a residual functional capacity (RFC), based on the additional analysis, which reflects specific and complete consideration of all of Plaintiff's medical conditions; and

   d. utilize Plaintiff's RFC to determine whether or not she could perform any past relevant work or other work which exists in significant numbers in the national economy during the time period at issue.

5. The clerk shall enter judgment for Plaintiff and close this case.

**DONE AND ORDERED** this <u>seventh</u> day of July, 2005.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge

/pao