**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**SUSANN GULLETTE,**

      **Plaintiff,**

**vs.**                                           **5:05-CV-004-SPM**

**JOANNE BARNHART,
Commissioner of Social Security,**

      **Defendant.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND AWARDING FEES**

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 20) filed August 16, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

      Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

1.      The magistrate judge's report and recommendation (doc. 20) is

      adopted and incorporated by reference in this order.

2.      The petition for fees (doc. 17) is hereby *granted* as set forth below.

3.      Plaintiff's counsel, Chantal Harrington, is entitled to recover

reasonable attorney fees in the amount of ***$3,462.83*** from the

Commissioner for representation of Plaintiff pursuant to 28 U.S.C. §

2412 (EAJA).

4.      Costs in the amount of ***$150*** are also awarded and shall be paid

from the Judgment Fund.

**DONE AND ORDERED** this <u>twentieth</u> day of October, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao